CASE No. CV-15-42338

RICK J. SHUGART,     )
        Plaintiff,   )
                   )
Vs.                   )
                   )
DAVID THOMPSON, et.al.,   )
        Defendants.  )
                 )

336TH DISTRICT COURT
FANNIN COUNTY

FILED FOR RECORD
2017 NOV 27 PM
DISTRICT CLERK
BY ___BN___ DEPUTY

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
12/4/2017 11:30:53 AM
DEBBIE AUTREY
Clerk

## NOTICE OF APPEAL

11-20-17

Comes now plaintiff, Rick J. Shugart, pro se, in forma pauperis, and hereby gives official notice of appeal be taken from decision this day the 20th day of November, 2017, entered by the trial Court on defendants' 'Plea to the Jurisdiction and Motion for Summary Judgment' and hearing thereof also this 11-20-17 day, in the 336th Judicial District Court of Fannin County, before Judge John McCraw, Jr, to the Sixth Appellate District Court of Texarkana, Texas, by plaintiff Shugart. Please be on notice, this appellant has been granted indigency to proceed in trial court without payment of costs and he wishes to proceed on appeal in forma pauperis under Rule 20.1. this indigency status has not changed since initially granted.

The plaintiff has requested a Rule 296, TRCivP 'Request for Findings of Fact and Conclusions of Law' this day if applicable on summary judgment dismissal. Plaintiff prays the Court Reporter will prepare and transfer a all exhibits and verbatim transcripts, including the Clerk's record to the Court of appeals and serve plaintiff with a copy so as to have for preparation for briefs, with docket file sheet. Executed this 20th Day of Nov, 2017, _Ricky J Shugart_

Certificate of Service

A Carbon Copy of this document was mail to Jane C. Tidwell on this 11-20-17 day 320 N Travis St, #205 Sherman TX 75090

<u>Case No CV-15-42338</u>

FILED FOR RECORD
FANNIN COUNTY, TEX
NOV 30 PM 2: 21
NANCY YOUNG
DISTRICT CLERK
BY _RH_ DEPUTY

RICK J. SAUGART,

    Plaintiff,   *   336TH DISTRICT COURT

V.        *   FANNIN COUNTY, TEXAS

         *

         *

DAVID THOMPSON, et. al.,   *

      Defendants,   *

         *

## PLAINTIFF'S REQUEST THAT THE RECORD BE PREPARED AND TRANSMITTED TO THE SIXTH APPELLATE DISTRICT COURT AT TEXARKANA

TO THE CLERK OF COURT & COURT REPORTER:     DATED: 11-26-17

  BE IT KNOWN plaintiff requests that the Clerk of Court, Honorable Nancy Young, and Court Reporter prepare the record in this action for appeal to the Sixth Appellate District Court, at Texarkana, Texas, and such record shall include verbatim transcripts of all hearings, all papers filed (a copy in chronological order) exhibits, and all orders issued. Plaintiff filed a cross/counter motion for summary judgment in this action in response to Defendants Plea to Jurisdiction and Motion for Summary Judgment heard 11-20-17, and requested in that cross motion that the Court take Judicial Notice (Rule 201, TRE) of a document in the companion suit <u>Rick J. Shugart vs. Donald K. Moore, et al, No. CV-17-43097,</u> entitled "<u>Statement of Facts and Memorandum of Law; Brief in Support of Motion for Summary Judgment, & Findings of Date of Accrual," with Appendix.</u> Therefore, plaintiff further requests that a copy of this document with Appendix of exhibits be included in the appeal record transmitted. Service on plaintiff of a complete copy of the record for preparation of Appellate Brief is requested. Should there be any dispute or problem please contact the plaintiff so further arrangements can be made.

  [N.] A copy of that document could not be attached due to inabilities of indigency and imprisonment. So the Clerk will have to go to that case. Thank You Very Much.

Respectfully Requested,

[signature]

N: 1919471-Hamilton
200 Lee Morrison Ln
Bryan TX 77807